IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN GREEN,<br>*individually and on behalf of all others,*<br><br>                **Plaintiff,**<br>vs.<br><br>VALVOLINE LLC,<br><br>                **Defendant.** | )<br>)<br>)<br>)<br>)   Case No.: 3:23-cv-2299-DWD<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 8, 2023 (Doc. 30) reflecting settlement between the parties, as well as the Court Order entered on October 30, 2023 (Doc. 32), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

**DATED: October 30, 2023**

                                                  MONICA A. STUMP, **Clerk of Court**

                                                  *s/ Dana M. Winkeler*
                                                  **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**